

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00127-CV

**IN RE DOMINO'S PIZZA LLC** and Jorge Zermeno, Relators

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Delivered and Filed: May 14, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On February 25, 2025, relators filed a petition for writ of mandamus. After considering the petition, mandamus record, response filed by the real party of interest, and reply, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CI21588, styled *Jimmy Fann v. Domino's Pizza LLC and Jorge Zermeno*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.